1

2

3                          UNITED STATES  DISTRICT COURT

4                             Northern District of California

5

6   LOUDEN LLC,                                    No. C 12-05070 MEJ

7                     Plaintiff(s),               **ORDER TO SHOW CAUSE**

8        v.

9   JUAN MANUEL LOPEZ,

10                    Defendant(s).
    _____/

11

12          On September 28, 2012, the Defendant(s) removed this unlawful detainer action from Solano

13   County Superior Court.  However, an unlawful detainer action does not arise under federal law but is

14   purely a creature of California law.  *Wells Fargo Bank v. Lapeen*, 2011 WL 2194117, at *3 (N.D.

15   Cal. June 6, 2011); *Wescom Credit Union v. Dudley*, 2010 WL 4916578, at *2 (C.D. Cal. Nov. 22,

16   2010).  Thus, it appears that jurisdiction is lacking and the case should be remanded to state court.

17   Accordingly, the Court ORDERS Defendant(s) to show cause why this case should not be remanded

18   to the Solano County Superior Court.  Defendant(s) shall file a declaration by October 18, 2012, and

19   the Court shall conduct a hearing on November 1, 2012 at 10:00 a.m. in Courtroom B, 15th Floor,

20   450 Golden Gate Avenue, San Francisco, California.  In the declaration, Defendant(s) must address

21   how this Court has jurisdiction over Plaintiff's unlawful detainer claim.

22          Defendant(s) should be mindful that an anticipated federal defense or counterclaim is not

23   sufficient to confer jurisdiction.  *Franchise Tax Bd. of California v. Construction Laborers Vacation

24   Trust*, 463 U.S. 1, 10 (1983); *Berg v. Leason*, 32 F.3d 422, 426 (9th Cir.1994).  "A case may not be

25   removed to federal court on the basis of a federal defense, . . . even if the defense is anticipated in the

26   plaintiff's complaint, and even if both parties admit that the defense is the only question truly at issue

27   in the case."  *ARCO Environmental Remediation, LLC v. Dept. of Health and Environmental Quality

28   of the State of Montana*, 213 F.3d 1108, 1113 (9th Cir. 2000); *see also Valles v. Ivy Hill Corp.*, 410

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

F.3d 1071, 1075 (9th Cir. 2005) ("A federal law defense to a state-law claim does not confer jurisdiction on a federal court, even if the defense is that of federal preemption and is anticipated in the plaintiff's complaint.").  Thus, any anticipated defense, such as a claim under the Protecting Tenants at Foreclosure Act ("PTFA"), Pub.L. No. 111–22, § 702, 123 Stat. 1632 (2009), is not a valid ground for removal.  *See e.g. Aurora Loan Services, LLC v. Montoya*, 2011 WL 5508926, at *4 (E.D.Cal. Nov. 9, 2011); *SD Coastline LP v. Buck*, 2010 WL 4809661, at *2–3 (S.D.Cal. Nov.19, 2010); *Wescom Credit Union v. Dudley*, 2010 WL 4916578, at 2–3 (C.D.Cal. Nov. 22, 2010); *Aurora Loan Services, LLC v. Martinez*, 2010 WL 1266887, at * 1 (N.D.Cal. March 29, 2010).

**IT IS SO ORDERED.**

Dated: October 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

2

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

5

LOUDEN LLC,

Plaintiff(s),

v.

No. C 12-05070 MEJ

**CERTIFICATE OF SERVICE**

6

JUAN MANUEL LOPEZ,

7

Defendant(s).

8

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

That on October 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

16

Juan Manuel Lopez
Norma Lopez
124 Valley Oak Lane
Vallejo CA 94591

17

18

19

Dated: October 2, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

20

21

22

23

24

25

26

27

28

3