IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUDEN LLC, <br><br> Plaintiff, <br><br> v. <br><br> JUAN MANUEL LOPEZ, and NORMA LOPEZ, <br><br> Defendants. <br> _____ / | No. C 12-05070 SI <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO SOLANO COUNTY SUPERIOR COURT** |

Currently before the Court is Chief Magistrate Judge Maria-Elena James' October 22, 2012 Report and Recommendation. On October 2, 2012, Judge James issued an Order to Show Cause requiring defendants to address whether jurisdiction exists over the claims alleged in the removed unlawful detainer complaint. Defendants failed to respond. In her Report and Recommendation, Judge James found that there is no jurisdiction because there are no federal claims alleged in the underlying unlawful detainer complaint. No objections to the Report and Recommendation were filed by the November 8, 2012 deadline.

The Court has reviewed the Notice of Removal and Judge James' Report and Recommendation, and finds that removal was improper and that this Court lacks jurisdiction for the reasons stated in the Report and Recommendation. Accordingly, the Court ADOPTS the Report and Recommendation and REMANDS this case to the Superior Court for the County of Solano. All pending motions are terminated as moot.

**IT IS SO ORDERED.**

Dated: November 9, 2012

SUSAN ILLSTON
United States District Judge